

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00042-CR

| | | |
|---|---|---|
| MYCHAL WESPRIEST TROTTER, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1530103D) |
| | § | May 6, 2021 |
| V. | § | Memorandum Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment adjudicating guilt is modified to delete the $257 fine and $35 of the reparations, and we delete these amounts totaling $292 from the order to withdraw funds as well. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
　　　Justice Dabney Bassel